■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY EILERS, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Sharpe, J.), imposed March 24, 1981. Sentence affirmed. No opinion. This case is remitted to the Supreme Court,

Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., O'Connor, Niehoff and Rubin, JJ., concur.